

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2023

No. 04-22-00234-CR

April **TOLBERT-DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-4920
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief was due to be filed on December 21, 2022. Neither the brief nor a motion for extension of time to file the brief was filed. Therefore, on January 11, 2023, this court notified appellant's appointed counsel, Mr. Patrick Montgomery, of the deficiency and directed Mr. Montgomery to respond to this court in writing within ten days of the date of our letter stating a reasonable explanation for failing to timely file the brief and demonstrating affirmative steps to remedy the deficiencies. Our letter cautioned Mr. Montgomery that if he failed to file an adequate response within ten days, we would abate this appeal to the trial court for an abandonment hearing and/or initiate contempt proceedings against him. Mr. Montgomery has not responded.

Mr. Montgomery is ORDERED to either (1) file appellant's brief **no later than February 17, 2023** or (2) respond to this court in writing **no later than February 17, 2023** stating a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If Mr. Montgomery fails to file either the brief or an adequate response by **February 17, 2023**, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court